A. J. Aberman, Inc. *v.* White & Cunningham, Appellant.

Argued March 23, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused August 21, 1964.

*Paul Ginsburg,* for appellants.

*David R. Levin,* with him *J. Leonard Smith,* and *Reed, Smith, Shaw & McClay,* for appellee.

OPINION PER CURIAM, July 30, 1964:
The issues raised in this appeal have been decided by this Court adversely to appellant in two prior decisions. A plethora of motions and petitions by this appellant have also been denied by the lower Court. We find no reason to justify changing our prior decisions or permitting the appellant to relitigate these issues.

Order affirmed and appeal dismissed.